(21 App. Div. 475, 476.)

WETTER v. ERICHS.     CONTI v. BARILATI.     MURPHY et al. v. CHRIS-
TIAN PRESS ASS'N CO.     PEOPLE v. COMMERCIAL ALLIANCE
INS. CO.     In re PRIESTLY.     In re STAFFORD.

(Supreme Court, Appellate Division, First Department.     October 15, 1897.)

APPEALS—FAILURE TO SERVE IN TIME—EXTENSION OF TIME TO SERVE.
    Where the papers on appeal were not served within the time allowed by
    law, and no attempt was made to have the time extended or the default
    opened, the appeal must be dismissed.

Motions to dismiss appeals.     Appeals dismissed.
Argued before VAN BRUNT, P. J., and BARRETT, RUMSEY,
WILLIAMS, and PATTERSON, JJ.

C. C. Nadal, Louis Steckler, Strong & Cadwalader, Hotchkiss &
Maddox, and James P. Niemann, for the motions.
August P. Wagner, Franklin Bien, John H. Fargis, J. Edward
Ackley, and Thomas McAdam, opposed.

PER CURIAM.     This court, as long ago as October, 1896, when
the case of Gamble v. Lennon, 9 App. Div. 407, 41 N. Y. Supp. 277, was
decided, declared that, where parties desired extensions for the pur-

pose of serving their papers upon appeal, applications therefor must be made to the court below, and that such applications would not be entertained by the appellate division. The appellants in the above-entitled motions having made no attempt to get the time to serve their papers extended, or to have their defaults opened, their appeals must be dismissed, with $10 costs in each case.